IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA CORTEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC | : | NO. 05-5684 |

O R D E R

AND NOW, this 30th day of April, 2007, in accordance with the jury verdict by interrogatories,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff Sandra Cortez and against defendant Trans Union, LLC in the amounts of $50,000 for actual damages and $750,000 for punitive damages.

BY THE COURT:

ATTEST: /s/Rosalind Burton-Hoop
Rosalind Burton-Hoop
Deputy Clerk

COPIES BY MAIL ON  4/30/07  TO: Bruce S. Luckman, Esquire
Bryan V. Arner, Esquire
Christopher N. Jones, Esquire
James A. Francis, Esquire
John Soumilas, Esquire
Timothy P. Creech, Esquire

Civ 1 (8/80)