```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

Sandra Cortez                   :
                                :         CIVIL ACTION
             v.                 :
                                :         NO. 05-5684
Trans Union, LLC                :

## MEMORANDUM

Fair Credit Reporting Act case.  A jury trial was held and a verdict rendered in favor of the Plaintiff and against the Defendant, assessing $50,000 in actual damages, and $750,000.00 in punitive damages.

On September 13, 2007, I entered an order granting the Defendant's motion for a new trial with respect to damages, unless the Plaintiff accepted a remittitur limiting the award to $50,000 compensatory damages and $100,000 punitive damages, for a total award of $150,000.  On October 12, 2007 the Plaintiff filed a notice of appeal of this order, as well as a conditional acceptance of the remittitur.

On February 14, 2008, the Third Circuit dismissed the Plaintiff's appeal for lack of jurisdiction, finding that an appealable final order had not been entered.  The Defendant then moved for final judgment.  Because the Plaintiff accepted the remittitur, I will grant the Defendant's motion and enter judgment.  An order will enter.