UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-2465 & 08-2466

SANDRA CORTEZ,

Appellant in 08-2465

v.

TRANS UNION, LLC

SANDRA CORTEZ

v.

TRANS UNION, LLC,

Appellant in 08-2466

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 05-cv-5684)
District Judge: Hon. John P. Fullam

Argued: June 11, 2009

Before: McKEE, Chief Judge, HARDIMAN and VAN ANTWERPEN,
Circuit Judges

JUDGMENT

This cause came to be heard on the record from the United States District Court for

the Eastern District of Pennsylvania and was argued on June 11, 2009.

On consideration whereof, it is ORDERED and ADJUDGED by this Court that the

order of the district court entered September 13, 2007 and the order of the district court entered May 1, 2008 are hereby AFFIRMED.

ATTEST:

/s/ Marcia M. Waldron

Clerk

DATED: August 13, 2010

Certified as a true copy and issued in lieu of a formal mandate on October 5, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**